## Ex parte A. B. C. DAVIS.

No. A-6997.   Opinion Filed Oct. 10, 1929.
(281 Pac. 1117.)

A. B. C. Davis, for petitioner.

J. Berry King, Atty. Gen., for respondent.

PER CURIAM. This is an original proceeding in this court for habeas corpus, and seeks to have this court review the opinion rendered in the case of A. B. C. Davis v. State, 30 Okla. Cr. 61, 234 Pac. 787. It presents no question which can be considered on habeas corpus.

The writ is denied.